

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eric Andrews | Civil Action No. 18cv530-MMA(KSC) |
| **Plaintiff,** | |
| V. | |
| Dr. J. Hodges; R.N. M. Garcia; Department of Corrections; R.N. Bogle; P. Shakiba; J. Hoffman, M.D.; Richard N. Cross | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants Defendants' motions and dismisses this action in its entirety without prejudice and without leave to amend in this action based on Plaintiff's failure to exhaust his administrative remedies prior to filing suit and Plaintiff's failure to state a plausible Eighth Amendment claim against Defendant Cross.

Date: 10/21/19

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ R. Chapman
R. Chapman, Deputy